# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | CASE NO. 12-MD-02311 |
| | : | HON. SEAN F. COX |
| IN RE: FUEL INJECTION SYSTEMS | : | |
| | : | |
| THIS RELATES TO | : | 2:13-cv-02201-SFC-RSW |
| ALL DIRECT PURCHASER ACTIONS | : | 2:15-cv-13423-SFC-RSW |
| | : | 2:18-cv-12858-SFC-RSW |

## PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND

Settlement Class Counsel respectfully move this Court for an Order authorizing the distribution of the Settlement Fund as described in the brief in support of this motion, which is incorporated by reference as if fully set forth herein. The Direct Purchaser Plaintiff does not request a hearing for this motion. No claimant has contested the Settlement Administrator's recommendations as to allowance or disallowance of its claim.

Dated:  July 3, 2025

Respectfully submitted,

  /s/Nathan J. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500

*Interim Liaison Counsel for the Direct Purchaser Plaintiff*

<div style="display: flex;">

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
 & MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500

Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
PRETI, FLAHERTY, BELIVEAU
 & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone: (207) 791-3000

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 238-1700

William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA  19103
Telephone: (215) 496-0300

</div>

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | CASE NO. 12-MD-02311 HON. SEAN F. COX |
| IN RE: FUEL INJECTION SYSTEMS | : : : | |
| THIS RELATES TO ALL DIRECT PURCHASER ACTIONS | : : : : | 2:13-cv-02201-SFC-RSW 2:15-cv-11827-SFC-RSW 2:15-cv-13423-SFC-RSW |

**BRIEF IN SUPPORT OF PLAINTIFF'S
MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

1.  On October 15, 2019, the Court approved class settlements between the Direct Purchaser Plaintiff ("DPP") and the DENSO (2:13-cv-02201, ECF No. 116), Hitachi (2:13-cv-02201, ECF No. 114), Mitsuba (2:13-cv-02201, ECF No. 115), and Mitsubishi (2:13-cv-02201, ECF No. 113) Defendants totaling $10,110,449.00.

On March 24, 2022, the Court approved class settlements between the Direct Purchaser Plaintiff and the Aisan (2:13-cv-02201, ECF No. 190), Keihin (2:13-cv-02201, ECF No. 191), Maruyasu (2:13-cv-02201, ECF No. 193), and Mikuni (2:13-cv-02201, ECF No. 192) Defendants totaling $3,052,000.00.

In total, the DPP recovered a total of $13,162,449.00 (collectively, the "Settlement Funds") for a class of fuel injection system direct purchasers.

2.  As of March 26 , 2025, the balance of the Settlement Funds available for distribution was $9,451,148.10.  This represents $13,162,449.00 in settlement proceeds plus interest, less authorized disbursements in the amount of $4,265,066.79 for attorneys' fees,

3

expenses, service awards, services and costs related to settlement and claims administration, and tax return preparation and payment of taxes.

3. Settlement Administrator Epiq previously submitted invoices to Settlement Class Counsel and was paid a total of $206,209.78 for its services rendered and costs incurred through March 31, 2025, relating to notice, taxes, and settlement and claims administration.

4. Since that date, Epiq has worked (and will continue to work) with Settlement Class Counsel, to correspond with Claimants and has prepared the attached Declaration and attachments. Epiq will continue to submit invoices to Settlement Class Counsel for services provided in the future on a periodic basis until the Settlement Administration is concluded.

5. Settlement Class Counsel request that a reserve fund be established in the amount of $40,000. The reserve fund may be used for: payment of taxes due on interest earned by the Settlement Fund and tax preparation costs and payments for additional services and costs related to settlement and claims administration and bank fees and costs; and for payments of any unforeseen contingencies relating to the litigation.

6. Settlement Class Counsel, with accounting assistance, have timely filed the Settlement Fund's Federal income tax returns and IRS information forms, and made all related tax payments through the tax year 2024, including payments for tax accountant services. A 2025 Federal tax return and required information forms will also be timely filed. No taxes are projected to be due on this return and a tax refund of a portion of prior taxes paid may be available.

7. Settlement Class Counsel respectfully request that the Court enter the accompanying proposed Order that:

a. Approves payments to 27 Claimants who have filed valid, or partially valid, claims based on direct purchases of fuel injection systems totaling $25,664,351,630.60, as set forth in the Declaration of Andrew Clements dated June 24, 2025 ("Clements Declaration") (Ex. 1) and disallows the 240 claims the Settlement Administrator recommend be disallowed;

b. Authorizes payment to Epiq in an amount not to exceed $40,000 as payment for future settlement and claims administration services and costs, including tax preparation charges, from February 1, 2025 to the conclusion of the litigation;

c. Establishes a reserve fund in the amount of $40,000 for: payment of taxes due on interest earned by the Settlement Fund and tax preparation costs and payments for additional services and costs related to settlement and claims administration and bank fees and costs; and for payments of any unforeseen contingencies relating to the litigation.

d. Directs that the balance of the Settlement Funds, including any additional accrued interest and tax refund, but less any additional unforeseen costs and expenses related to settlement and claims administration, be paid in accordance with the *Proposed Process for Distributing the Net Settlement Fund* set forth in the Clements Declaration.

Dated: July 3, 2025

Respectfully submitted,

/s/ Nathan J. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500

*Interim Liaison Counsel for the Direct Purchaser Plaintiff*

| | |
|---|---|
| Steven A. Kanner<br>William H. London<br>Michael E. Moskovitz<br>FREED KANNER LONDON<br>  & MILLEN LLC<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL  60069<br>Telephone: (224) 632-4500 | Joseph C. Kohn<br>William E. Hoese<br>KOHN, SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 238-1700 |
| Gregory P. Hansel<br>Michael S. Smith<br>Elizabeth F. Quinby<br>PRETI, FLAHERTY, BELIVEAU<br>  & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME  04112-9546<br>Telephone: (207) 791-3000 | William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300 |

*Interim Co-Lead Counsel for the Direct Purchaser Plaintiff*