UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | CASE NO. 12-MD-02311 |
| | : | HON. F. KAY BEHM |
| IN RE: FUEL INJECTION SYSTEMS | : | |
| THIS RELATES TO ALL DIRECT PURCHASER ACTIONS | : | 2:18-cv-12858-FKB-RSW |

**ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS**

AND NOW, this 2nd day of September 2025, upon consideration of Plaintiff's Motion for an Order Authorizing Distribution of Settlement Funds, the Memorandum in Support thereof (the "Memorandum"), and the entire record in this matter, it is hereby ORDERED as follows:

1. Payments to 27 Claimants from the Settlement Fund who have filed valid, or partially valid, claims totaling $25,664,351,630.60 as set forth in the Declaration of Andrew Clements dated June 24, 2025 and filed July 3, 2025, ECF No. 17-1 ("Clements Declaration") are hereby AUTHORIZED.

2. Claims to the Settlement Fund recommended for disallowance by the Settlement Administrator, as described in the Clements Declaration, are hereby DISALLOWED.

3. Payment to Epiq from the Settlement Funds in an amount not to exceed $40,000 for its settlement and claims administration services and costs, including tax preparation charges, from February 1, 2025 to the conclusion of the litigation, is hereby authorized.

4. A reserve fund in the amount of $40,000 be established for: payment of taxes due on interest earned by the Settlement Fund and tax preparation costs and payments for additional services and costs related to settlement and claims administration and bank fees and costs; and for payments of any unforeseen contingencies relating to the litigation.

5. The balance of the Settlement Funds, including any additional accrued interest and tax refund, but less any additional unforeseen costs and expenses related to settlement and claims administration, be paid in accordance with the *Proposed Process for Distributing the Net Settlement Fund* set forth in the Clements Declaration. Distributions shall be pro rata, based on the approved purchases.

6. The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

7. The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**SO ORDERED.**

Date: September 2, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge